

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2018

No. 04-18-00676-CV

**IN RE ALLSTATE FIRE AND CASUALTY COMPANY AND LATINA PRUITT**

Original Mandamus Proceeding[1]

### ORDER

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

On September 20, 2018, Relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than October 26, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 11, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CV01324, styled *Samuel Bernal v. Allstate Fire and Casualty Insurance Company and Latina Pruitt,* pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez, presiding.